IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IRON WORKERS OF ST. LOUIS DISTRICT COUNCIL ANNUITY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2003-CV-4183-JPG |
| AMERICAN IRONWORKS, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

**GILBERT, District Judge:**

This matter comes before the Court on Plaintiffs' motion for relief from judgment (Doc. 46); and motions for the entry of default against Defendants Kim Reznik (Doc. 53) and United Ironworks. (Doc. 54). Let's consider the motion for relief from judgment first. The Court notes that, just over a year ago, a partial final judgment was entered against Defendant American Ironworks in the principal amount of $63,839.14, though Plaintiffs since discovered that the amount awarded in that judgment was miscalculated. According to their current calculations, the correct amount should've been $38,619.92. Acknowledging this motion was made outside the time limits prescribed by FED. R. CIV. P. 59(b), the Court finds it to be in the interests of justice to GRANT Plaintiff's motion, particularly where the requested amendment works to American Ironworks's benefit, not prejudice. Therefore,

1. Plaintiffs' motion for relief from judgment (Doc. 46) is **GRANTED** and the Court's May 5, 2004 Order (Doc. 31) is **AMENDED** as provided in the next paragraph.

2. Damages are awarded in favor of Plaintiffs and against American Ironworks as

follows:

| Item | | Amount |
|---|---|---|
| Delinquent contributions | | $31,144.38 |
| Liquidated damages | | 3,114.44 |
| Attorneys fees and costs: | | |
|    Bartley Goffstein | $2,538.60 | |
|    Blumenfeld, Kaplan & Sandweiss | 1,822.50 | 4,361.10 |
| Total | | $38,619.92 |

3. The Court's May 5, 2004 partial final judgment (Doc. 34) is **VACATED**.

Next we turn to Plaintiffs motion for entry of default against Defendants Kim Reznik (Doc. 53) and United Ironworks. (Doc. 54). Both are **DENIED**, as the summons on which they depend wasn't "signed by the clerk, [nor did it] bear the seal of the court." FED. R. CIV. P. 4(a).

**IT IS SO ORDERED.**

**Dated: May 11, 2005.**

                                              **/s/ J. Phil Gilbert**
                                              **J. PHIL GILBERT**
                                              **U.S. District Judge**