IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IRON WORKERS OF ST. LOUIS DISTRICT COUNCIL ANNUITY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2003-CV-4183-JPG |
| AMERICAN IRONWORKS, INC., | ) ) | |
| Defendant. | ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on Plaintiffs' motion for entry of judgment by default, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that Defendant, having failed to respond or otherwise defend this lawsuit, pay to Plaintiff the principal sum of $38,619.92, exclusive of interest, for delinquent contributions, attorney's fees, and costs of collection arising from all claims in this case brought by Plaintiffs against Defendant for the period April 27, 2002 through June 28, 2002.  This is a partial final judgment within the meaning of FED. R. CIV. P. 54(b).  The Court retains jurisdiction over all other claims for delinquent contributions relating to the period January 1, 2002 through the date of this judgment.[1]

**DATE: May 11, 2005.**

                                                            **NORBERT G. JAWORSKI, CLERK**

                                                            **By:s/Deborah Agans**

**APPROVED:   /s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**

---

[1] Less those that are the subject of this partial final judgment.