UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRON WORKERS ST. LOUIS
DISTRICT COUNSEL ANNUITY
TRUST; IRON WORKERS ST. LOUIS
DISTRICT COUNCIL PENSION FUND
TRUST; IRON WORKERS ST. LOUIS
DISTRICT COUNCIL WELFARE
PLAN; JOHN L. BROWN, in his
capacity as Chairman of the Board of
Trustees of all of said Trust Funds, and
LOCAL 392, INTERNATIONAL
ASSOCIATION OF BRIDGE,
STRUCTURAL AND ORNAMENTAL
AND REINFORCING IRON
WORKERS, AFL-CIO,

        Plaintiffs,

    v.

AMERICAN IRON WORKS, INC.,
UNITED IRONWORKERS, INC. a/k/a
UNITED IRONWORKS, INC., and KIM
REZNICK,

        Defendants.

Case No. 03-cv-4183-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**   This matter having come before the Court on the

plaintiffs' stipulation of dismissal, which the Court also construed as a notice of

dismissal, and the Court having found that the plaintiffs have dismissed those claims

remaining after this Court's Partial Default Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiffs' claims against

United Ironworkers, Inc., a/k/a United Ironworks, Inc. and Kim Reznick and plaintiffs'

remaining claims against American Iron Works, Inc., are hereby dismissed **WITH PREJUDICE.**  The parties are to bear their own costs.

**DATED: February 14, 2007.**

**NORBERT G. JAWORSKI, CLERK**

**By/s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
 **J. PHIL GILBERT**
 **U.S. District Judge**